### THE LIBEL I. GOREHAM vs SLOOP *Jupiter*

being read.

Proclamation was made for any person to come into Court, and made Answer to the aforesaid Libel and no person Appeared. And the Court was adjourned untill further notice.

The within Libel being read and Proclamation made for any person or Persons to come into Court and make answer thereto. and no person appearing a default was Enter'd, Wherefore after due Consideration had on the premisses, i conceive there is Due to the s$^d$ Isaac Goreham for the remainder of his wages on board s$^d$ Sloop after deduction made of one months pay advanced before Sailing and the allowance to Greenwich Hospital the Sum of ninety one Pounds five Shillings and Eight pence in Bills of the old Tenour It is therefore Consider'd and Decreed that he the s$^d$ Isaac Goreham recover against the s$^d$ Sloop *Jupiter* the s$^d$ Sum of Ninety one Pounds, five Shillings and Eight pence with Cost of Court, And it is further order'd and Decreed that in case the owners of s$^d$ Sloop or some person on there behalf do not pay and Satisfy the s$^d$ Isaac Goreham the afore s$^d$ Sum together with the Cost of Court within the Space of Ten days from the date hereof: that then the Marshall of this Court Shall Publickly Sell her or Such part of her Tackle and Furniture as Shall be Sufficient therefor after giving the usual Notice of the Time of Sale. and that he the s$^d$ Marshall out of the Money

arising from s<sup>d</sup> Sale pay and Satisfy the s<sup>d</sup> Isaac Goreham the afore s<sup>d</sup> Sum together with the Cost of this Court rendering to the owners the overplus if any there be.

Wickham